should issue.  *Robert J. McPeak* and *Ernest M. Causey* for Prose, respondent.

No. 552.  MESTICE *v.* MASI.  Supreme Court of New Jersey.  The motion for leave to file a substituted petition is granted.  Certiorari denied.

No. 564.  LITTON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.  Petitioner *pro se.  Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 166, Misc.  McGOUGH ET AL. *v.* HIATT, WARDEN. C. A. 5th Cir.  Certiorari denied.

No. 170, Misc.  ALRED *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 202, Misc.  CROMBIE *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.  Petitioner *pro se.  Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 207, Misc.  CROMBIE *v.* RAGEN, WARDEN.  Circuit Court of Will County, Illinois.  Certiorari denied.  Petitioner *pro se.  Ivan A. Elliott,* Attorney General of Illinois, *William C. Wines, James C. Murray* and *Raymond S. Sarnow,* Assistant Attorneys General, for respondent.

No. 221, Misc.  ILLINOIS EX REL. MARINO *v.* RAGEN, WARDEN; and
No. 222, Misc.  MARINO *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  *Wm. Scott Stewart* for